**2004 WY 55**

**James Martin HARLOW, Appellant (Defendant),**

v.

**The STATE of Wyoming, Appellee (Plaintiff).**

**Nos. 99–58, 99–59, 99–60.**

Supreme Court of Wyoming.

May 14, 2004.

**ORDER CONTINUING STAY OF EXECUTION OF SENTENCE PENDING DISPOSITION OF APPELLANT 'S PETITION FOR WRIT OF CERTIORARI/REVIEW**

Pursuant to the terms of this Court's ORDER ISSUING MANDATE, SETTING NEW DATE FOR EXECUTION OF SENTENCE, AND STAYING EXECUTION OF SENTENCE PENDING FURTHER PROCEEDINGS entered May 29, 2003, counsel for James Martin Harlow filed her CASE STATUS REPORT in this Court on April 28, 2004, informing this Court that, among other things, the District Court of the Second Judicial District denied Mr. Harlow's petition for post-conviction relief by order entered on April 26, 2004.

In her CASE STATUS REPORT, Mr. Harlow's counsel further informs this Court that Mr. Harlow, through counsel, intends to, and in fact did on May 11, 2004, timely file a Petition for Writ of Certiorari/Review pursuant to Wyo. Stat. Ann. §§ 7–14–107 (Lexis-Nexis 2003

and W.R.A.P. 13, and, therefore, Mr. Harlow, through counsel, requests that the current stay of execution of sentence under this Court's order of May 29, 2003, be continued pending the review by this Court of his Petition for Writ of Certiorari/Review.

Having carefully considered Mr. Harlow's requests to continue the current stay of execution of sentence,

---

It is **ORDERED** that the stay of execution of sentence under this Court's order of May 29, 2003, be, and it is hereby continued pending the review of Mr. Harlow's Petition for Writ of Certiorari/Review;

It is further **ORDERED** that this order be published in Pacific Reporter Third.

Justices GOLDEN, LEHMAN, and VOIGT; and Judges SULLINS and BURKE sitting by appointment.